UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,                                 Case No. 03-CV-80659-DT
                                            Case No. 05-CR-74487-DT

v.

RENALD VINCENT POWELL,

    Defendant.
                                                       /

## ORDER CLOSING CASE IN LIEU OF JUDGMENT

On June 9th, 2006, the court entered an order denying Defendant's "Motion to Vacate, Set Aside or Correct Sentence, Pursuant to Section 2255 (Pro Se)." Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.

                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: June 9, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 9, 2006, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522

S:\Cleland\JUDGE'S DESK\Odd Orders\03-80659.05-74487.POWELL.OrderClosingCase.wpd